

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00952-CV

**PROTOTYPE MACHINE COMPANY,**
Appellant

v.

Toledo P. **BOULEWARE** et al.,
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 3469
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

The reporter's record originally was due December 27, 2018. On January 7, 2019, the court reporter filed a notification of late record stating she received a request for the reporter's record on January 4, 2019 and payment arrangements are pending. The court reporter has requested until February 28, 2019 to prepare the reporter's record. The request is GRANTED. The court reporter is ORDERED to file the reporter's record by no later than February 28, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court